```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 09372
    LULVET CEO COOPER
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4396


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/23/2007 and was not confirmed.

     The case was dismissed without confirmation 10/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CHASE MORTGAGE SERVICES    CURRENT MORTG        .00          .00            .00
CHASE MORTGAGE SERVICES    MORTGAGE ARRE        .00          .00            .00
CITIFINANCIAL AUTO CREDI   SECURED VEHIC        .00          .00            .00
77TH ST DEPOT FEDERAL C    UNSECURED        1775.79          .00            .00
77TH ST DEPOT FEDERAL C    SECURED NOT I        .00          .00            .00
ACL INC                    UNSECURED       NOT FILED         .00            .00
ARCHR DPT CU               NOTICE ONLY     NOT FILED         .00            .00
AT&T CREDIT MANAGEMENT C   UNSECURED       NOT FILED         .00            .00
BALLYS TOTAL FITNESS       NOTICE ONLY     NOT FILED         .00            .00
CAPITAL ONE BANK           NOTICE ONLY     NOT FILED         .00            .00
DEBT RECOVERY SOLUTION     UNSECURED         111.90          .00            .00
ELAN FINANCIAL SERVICES    UNSECURED         747.85          .00            .00
JEWEL FOOD STORES INC      NOTICE ONLY     NOT FILED         .00            .00
ILLINOIS CREDIT UNION LE   NOTICE ONLY     NOT FILED         .00            .00
EVERGREEN MEDICAL SPECIA   UNSECURED       NOT FILED         .00            .00
EVERGREEN MEDICAL SPECIA   UNSECURED       NOT FILED         .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED         .00            .00
NGBL CARSONS               NOTICE ONLY     NOT FILED         .00            .00
GREGORY EMERGENCY PH       UNSECURED       NOT FILED         .00            .00
NORTHSTAR CREDIT UNION     UNSECURED       NOT FILED         .00            .00
GREGORY EMERGENCY          UNSECURED       NOT FILED         .00            .00
ACL LABORATORIES           UNSECURED       NOT FILED         .00            .00
TRIAD FINANCIAL CORP       NOTICE ONLY     NOT FILED         .00            .00
WFNNB NEW YORK & COMPANY   NOTICE ONLY     NOT FILED         .00            .00
77TH ST DEPOT FEDERAL C    SECURED NOT I        .00          .00            .00
77TH ST DEPOT FEDERAL C    SECURED NOT I        .00          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        5592.29          .00            .00
NICOLE LAWSON              DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                         500.00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09372 LULVET CEO COOPER
```

```
TRUSTEE                                                   500.00

PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                     500.00
                                         ---------------  ---------------
TOTALS                                           500.00           500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/22/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                             PAGE   2
          CASE NO. 07 B 09372 LULVET CEO COOPER